Case 2:21-cr-00139-SAB    ECF No. 85    filed 08/17/22    PageID.175    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO ALEGRE,<br><br>Defendant. | No. 2:21-CR-00139-SAB-4<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 84)** |

Before the Court is Defendant HUMBERTO ALEGRE's Motion to Modify Conditions of Pretrial Release, **ECF No. 84**.  The Defendant recites in his motion that the United States and U.S. Probation do not oppose this request.

Specifically, the Defendant is seeking to remove the "prohibited substance testing" requirement from the conditions currently imposed while on pretrial release set forth at Additional Condition of Release No. 17, ECF No. 40. Defendant submits he has been in complete compliance with his conditions of release and has submitted and tested negative every time he has been called to test.

The Court finding good cause, **IT IS ORDERED**, Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 84,** is **GRANTED**.

Additional Release Condition No. 17, ECF No. 40, is **STRICKEN**.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 17, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1