FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>HUMBERTO ALEGRE,<br><br>          Defendant. | No. 2:21-CR-00139-SAB-4<br><br>**ORDER GRANTING MOTION TO DISMISS INDICTMENT** |

    Before the Court is the Government's Motion to Dismiss Indictment, ECF No. 207. The Government is represented by Caitlin A. Baunsgard. Defendant Humberto Alegre is represented by Amy H. Rubin. The motion was considered without oral argument.

    Mr. Alegre and the Government entered into a Pre-Trial Diversion Agreement, ECF No. 146, which was supervised by U.S. Probation. The motion indicates that Mr. Alegre's supervising Probation Officer advised the Government that Defendant successfully completed his agreement with no known violations. Therefore, the Government moves to dismiss the indictment as to Mr. Alegre in this case with prejudice. Being fully informed, the Court finds good cause to grant the Government's motion.

//

**ORDER GRANTING MOTION TO DISMISS INDICTMENT** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion to Dismiss Indictment, ECF No. 207, is **GRANTED**.

2. The Indictment, ECF No. 1, only as it relates to Mr. Humberto Alegre (Defendant No. 4) is **DISMISSED with prejudice**.

**IT IS SO ORDERED.** The Clerk of the Court is hereby directed to enter this Order, **close the file as to Mr. Alegre only**, and provide copies to counsel.

**DATED** this 8th day of May 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS INDICTMENT # 2**